John C. Warner, Plaintiff in Error, v. Wilbert Clarke, etc., Defendant in Error.

A Writ of Error to the Circuit Court for Dade County.

Writ of Error dismissed on motion of counsel for Plaintiff in Error.

*Kurtz & Reid,* for Plaintiff in Error.

---

W. J. Trowell, *et al.,* Appellants, v. John S. Taylor, Appellee.

An Appeal from the Circuit Court for Pinellas County.

Appeal dismissed on motion of counsel for the respective parties.

*E. L. Bryan,* for Appellants;

*J. Locke Kelly,* for Appellee.

---

Jeanette W. Thomas, *et al.,* Appellants, v. A. Y. Milam, as Trustee, etc., Appellee.

An appeal from the Circuit Court for Duval County.

Appeal dismissed on motion of counsel for Appellants.

*John E. Mathews,* for Appellants;

*Robert R. Milam,* for Appellees.